NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARSHALL JERMAINE HARRIS, )
DOC #Y02591, )
                       )
           Appellant, )
                       )
v. )       Case No. 2D17-2139
                       )
STATE OF FLORIDA, )
                       )
           Appellee. )
_____ )

Opinion filed March 8, 2019.

Appeal from the Circuit Court for Pinellas
County; William H. Burgess, III, Judge.

Howard L. Dimmig, II, Public Defender,
and Dan Hallenberg, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.